UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>             Plaintiff,<br><br>        v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al,<br><br>             Defendants. | Civil Action No. 24-332 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 21, 2024

*/s/ Allison R. Lucas*
ALLISON R. LUCAS
DC Bar # MI0105
Siri & Glimstad LLP
220 West Congress Street
2nd Floor
Detroit, MI 48226
Phone: 240-732-6737
alucas@sirillp.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
     L'SHAUNTEE J. ROBERTSON
     DC Bar # 980248
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Phone: (202) 252-1729
     lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*